WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED'08 NOV 19 09:56USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JOHN BECKER,**  CV # 07-971-PK

    Plaintiff,

vs.  ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

Attorney fees in the amount of $3,850.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this 18 day of Nov., 2008.

_____
United States District ~~Magistrate~~ Judge

Submitted on November 17, 2008 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1